In the Matter of the Estate of EMILY P. COSTER, Deceased.

STATE TAX COMMISSION, Appellant; LEWIS S. MORRIS et al., as Executors and Trustees of EMILY P. COSTER et al., Respondents.

Argued February 23, 1939; decided April 4, 1939.

*Mortimer M. Kassell* and *Paul Newman* for appellant.

*Russell Wiggins, John A. Lyon* and *Joseph W. Goodwin* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.